**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Salvador De Jesus SANCHEZ–MIRANDA, Defendant—Appellant.**

**No. 10–50315.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Charlotte E. Kaiser, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Janice M. Deaton, Law Offices of Janice Deaton, San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Salvador de Jesus Sanchez–Miranda appeals from the 77–month sentence imposed following his jury-trial conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez–Miranda contends that his below-Guidelines sentence is unreasonable because the district court failed to grant a downward departure based on his cultural assimilation and reasons for reentering the United States. The record reflects that the district court considered Sanchez–Miranda's cultural assimilation and motivations for reentering, and imposed a sentence that is substantively reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.